# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2219
LT Case No. 2019-CF-004011-A

_____

CHRISTIAN J. VILLALBA-SANTOS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Marion County.
Barbara Kissner, Judge.

Christian J. Villalba-Santos, Monticello, pro se.

No Appearance for Appellee.

January 23, 2026

PER CURIAM.

Christian J. Villalba-Santos appeals an order summarily denying his Amended Motion for Postconviction Relief filed pursuant to Florida Rule of Criminal Procedure 3.850. We reverse the denial of amended claim 6, but otherwise affirm.

In amended claim 6, Villalba-Santos alleged that he was incompetent to proceed to trial, and that an expert confirmed as much, but that his counsel failed to move for a competency

determination. *See Turem v. State*, 220 So. 3d 504, 506 (Fla. 5th DCA 2017) ("A claim that counsel failed to investigate a defendant's mental health and failed to seek a competency determination is cognizable in a rule 3.850 motion."); *Thompson v. State*, 88 So. 3d 312, 318–19 (Fla. 4th DCA 2012). This claim is sufficiently pled, and the postconviction court did not attach any records to its order conclusively refuting the claim. *See* Fla. R. Crim. P. 3.850(f).[1] Accordingly, we reverse and remand as to amended claim 6 for the postconviction court to attach records conclusively refuting the claim or for an evidentiary hearing.

AFFIRMED in part; REVERSED in part; and REMANDED.

JAY, C.J., and MAKAR and EISNAUGLE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

---

[1] Florida Rule of Criminal Procedure 3.850(f) has since been amended and re-lettered to 3.850(h), effective January 1, 2026.